## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **LOIDA LAGUNA, ANDRES R. LAGUNA, individually, LOIDA LAGUNA as Parent and Natural Guardian of VITIAN LAGUNA, and VITIAN LAGUNA, individually,** | |
| Plaintiffs, | Civil Action No. 7:14-CV-67 (HL) |
| v. | |
| **RUDOLPH HARRELSON and SOUTHERN TIRE COMPANY**, | |
| Defendants. | |

### ORDER

Plaintiffs' Complaint (Doc. 1) alleges that diversity of jurisdiction with Defendants provides federal subject matter jurisdiction for their claims. However, Plaintiffs have not sufficiently pled subject matter jurisdiction, for their Complaint does not state where Defendant Southern Tire Company's principal place of business is located. *See* 28 U.S.C. § 1332(c)(1). Therefore, Plaintiffs are ordered to amend their Complaint to include Southern Tire's principal place of business not later than May 16, 2014, or their lawsuit will be dismissed without prejudice.

**SO ORDERED**, this the 7th day of May, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr